The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PEGGY A. NEFF, et al., | ) | No.  C12-2019 RSL |
| Plaintiffs, | ) ) ) | STIPULATED MOTION FOR ORDER |
| v. | ) ) | TO STAY PROCEEDINGS AND ORDER |
| OLD REPUBLIC TITLE, LTD, | ) ) | *Noted for Consideration:* |
| Defendant. | ) ) | **September 5, 2013** |
| | ) ) ) ) | |
| | ) | |

## <u>STIPULATION</u>

The parties have begun negotiations regarding settlement of this putative class action and

believe a temporary stay of the present proceedings will preserve party and judicial resources.

Accordingly they request that all matters in this action shall be stayed until October 4, 2013, at

which time the parties will report to the Court whether new deadlines should be set for

proceeding with the litigation or, alternatively, their anticipated timeline for completion of

settlement papers and submission to the Court of a motion for preliminary approval of their

settlement.

///

///

*///*

DATED:  September 5, 2013.

WILLIAMSON & WILLIAMS

By: /s/Rob Williamson
Rob Williamson, WSBA #11387
2239 W Viewmont Way W
Seattle, WA  98199
Telephone: (206) 466-6230
Fax: (206) 535-7899
Email: roblin@williamslaw.com

*Attorneys for Plaintiffs*

RIDDELL WILLIAMS P.S.

By: /s/Scott Smith
Scott A. Smith, WSBA #11975
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
Email: ssmith@riddellwilliams.com
            gskok@riddellwilliams.com

*Attorneys for Defendant*

## **ORDER**

Pursuant to the foregoing stipulation, it is so ordered.

Dated: September 10, 2013

*MK S Lasnik*
Robert S. Lasnik
United States District Judge