The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEGGY A. NEFF, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>OLD REPUBLIC TITLE, LTD,<br><br>      Defendant. | No. C12-2019 RSL<br><br>STIPULATED MOTION FOR ORDER TO STAY PROCEEDINGS AND ORDER<br><br>*Noted for Consideration:*<br>**September 5, 2013** |

## STIPULATION

The parties have begun negotiations regarding settlement of this putative class action and believe a temporary stay of the present proceedings will preserve party and judicial resources. Accordingly they request that all matters in this action shall be stayed until October 4, 2013, at which time the parties will report to the Court whether new deadlines should be set for proceeding with the litigation or, alternatively, their anticipated timeline for completion of settlement papers and submission to the Court of a motion for preliminary approval of their settlement.

///

///

STIPULATED MOTION FOR ORDER
TO STAY PROCEEDINGS AND ORDER - 1
(Case No. C12-2019 RSL)

///

DATED:  September 5, 2013.

        WILLIAMSON & WILLIAMS

        By: /s/Rob Williamson
        Rob Williamson, WSBA #11387
        2239 W Viewmont Way W
        Seattle, WA  98199
        Telephone: (206) 466-6230
        Fax: (206) 535-7899
        Email: roblin@williamslaw.com

        *Attorneys for Plaintiffs*


        RIDDELL WILLIAMS P.S.

        By: /s/Scott Smith
        Scott A. Smith, WSBA #11975
        Gavin W. Skok, WSBA #29766
        1001 Fourth Avenue, Suite 4500
        Seattle, WA  98154
        Telephone: (206) 624-3600
        Fax: (206) 389-1708
        Email: ssmith@riddellwilliams.com
                gskok@riddellwilliams.com

        *Attorneys for Defendant*


## **ORDER**

Pursuant to the foregoing stipulation, it is so ordered.

Dated: September 10, 2013


        *[signature]*
        Robert S. Lasnik
        United States District Judge